UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROPRIETARY NUTRITIONALS, INC., ) | Civil No. 06CV2091-L(POR) |
| Plaintiff, ) | **ORDER STRIKING DOCUMENT FROM THE RECORD** |
| v. ) | |
| IMAGINETIX, INC., *et al.*, ) | |
| Defendants, ) | |
| _____ ) | |
| AND RELATED COUNTERCLAIM. ) | |
| _____ ) | |

    On January 11, 2007, the parties electronically filed a Joint Motion to Continue Hearing on Defendants Thomas Hall and Frank Sajovic's Motion to Dismiss (Docket No. 26.). Included in this docket entry, and not separated as an attachment, is [Proposed] Order Granting Joint Motion to Continue Hearing on Defendants Thomas Hall and Frank Sajovic's Motion to Dismiss (Docket No. 26, pages 10-11.) The proposed order is rejected and stricken from the record because it fails to comply with the Electronic Case Filing Administrative Policies and Procedures Manual ("E-Filing Manual") § 2(h) (Proposed Orders and Orders). The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** the [Proposed] Order Granting Joint

/ / / / /

/ / / / /

/ / / / /

06c2091

Motion to Continue Hearing on Defendants Thomas Hall and Frank Sajovic's Motion to Dismiss, filed January 11, 2007 (Docket No. 26, pages 10-11).

**IT IS SO ORDERED**.

DATED:  January 12, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL