UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROPRIETARY NUTRITIONALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IMAGINETIX, INC., *et al.*, ) <br> ) <br> Defendants, ) <br> _____ ) <br> ) <br> AND RELATED COUNTERCLAIM. ) <br> _____ ) | Civil No. 06CV2091-L(POR) <br> <br> **ORDER STRIKING DOCUMENT** <br> **FROM THE RECORD** |

On February 6, 2007, Defendants filed a motion for summary judgment (docket no. 31). The memorandum of points and authorities filed in support of the motion (docket no. 31, attachment no. 1) is rejected and stricken from the record because it fails to comply with Civil Local Rule 7.1(h). The Clerk of the Court is instructed to **STRIKE FROM THE RECORD** the Memorandum of Points and Authorities in Support of Motion for Summary Judgment on the First and Second Claims for Relief, or, in the Alternative, on the Prayer for Specific Performance and Injunctive Relief, filed February 6, 2007 (docket no. 31, attachment no. 1).

**IT IS SO ORDERED**.

DATED: February 8, 2007

M. James Lorenz  
United States District Court Judge

06c2091

COPY TO:

HON. LUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL