1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROPRIETARY NUTRITIONALS, INC., | Civil No.  06 CV 2091-L (POR) |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **JOINT MOTION FOR DISMISSAL** |
| IMAGENETIX, INC., THOMAS HALL and FRANK SAJOVIC, | |
| Defendants. | Judge:  Hon. M. James Lorenz<br>Courtroom: 14 |
| IMAGENETIX, INC., | |
| Counterclaim Plaintiff, | |
| vs. | |
| PROPRIETARY NUTRITIONALS, INC., PHARMACHEM LABORATORIES, INC., PACIFIC RAINBOW INTERNATIONAL, INC., and DOES 1 – 5, | |
| Counterclaim Defendants. | |

On March 14, 2007, Plaintiff and Counterclaim Defendant PROPRIETARY NUTRITIONALS, INC. ("PNI"), Defendant and Counterclaim Plaintiff IMAGENETIX, INC. ("Imagenetix"), Defendants THOMAS HALL and FRANK SAJOVIC, Counterclaim Defendant PHARMACHEM LABORATORIES, INC. ("Pharmachem"), and Counterclaim Defendant

-1-

1  PACIFIC RAINBOW INTERNATIONAL, INC. ("Pacific Rainbow") filed a Joint Motion for
2  Dismissal, indicating the parties executed a final settlement agreement.
3      Accordingly, **IT IS HEREBY ORDERED** that, as of the date of this Order, all of the
4  above-captioned actions, including all counterclaims, are **DISMISSED WITH PREJUDICE**.
5      **IT IS FURTHER ORDERED** that each of the parties bear his or its own fees and costs.

Dated: March 16, 2007

_____
Hon. M. James Lorenz
U.S. District Court Judge

cc:    Hon. Louisa S. Porter,
       U.S.D.C. Magistrate Judge